

**FILED**
DEC 15 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUNJIE ZHU | **UNDER SEAL**<br><br>No. **20 CR 897**<br><br>Violation: Title 18, United States Code, Section 1956(a)(3)(B)(2)<br><br>**JUDGE LEE**<br><br>MAGISTRATE JUDGE WEISMAN |

COUNT ONE

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about December 19, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHUNJIE ZHU,

defendant herein, with intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, namely, the receipt of $46,000 in United States Currency, involving property represented by an undercover law enforcement officer to be proceeds of specific unlawful activity, that is, the felonious buying and selling and otherwise dealing in a controlled substance;

In violation of Title 18, United States Code, Section 1956(a)(3)(B).

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about March 8, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

## CHUNJIE ZHU,

defendant herein, with intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, that is, the receipt of $150,000 in United States Currency, involving property represented by a confidential source to be proceeds of specific unlawful activity, namely, the felonious buying and selling and otherwise dealing in a controlled substance;

In violation of Title 18, United States Code, Section 1956(a)(3)(B).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in this Indictment, defendant shall forfeit to the United States of America any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

2. The property to be forfeited includes, but is not limited to, funds in the amount of approximately $46,920;

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY